No. 320. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. *Clifton Hildebrand* for petitioners. *Clarence M. Mulholland* and *Edward J. Hickey, Jr.* filed a brief for the Railway Labor Executives' Association, as *amicus curiae,* supporting the petition.

No. 326. LASSITER ET AL. *v.* ROOS ET AL. C. A. 5th Cir. Certiorari denied. *William E. Leahy* and *Wm. J. Hughes, Jr.* for petitioners.

No. 328. MOORE-McCORMACK LINES, INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Melville J. France* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, John R. Benney, Samuel D. Slade* and *Herman Marcuse* for the United States.

No. 337. NABOB OIL CO. ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 344. B. F. GOODRICH CO. *v.* STATE OF WASHINGTON ET AL.; and
No. 345. STATE OF WASHINGTON ET AL. *v.* B. F. GOODRICH CO. Supreme Court of Washington. Certiorari denied. *John J. Kennett* and *Clifford Hoof* for the B. F. Goodrich Co. *Smith Troy,* Attorney General of Washington, and *C. John Newlands,* Assistant Attorney General, for petitioners in No. 345, and *Mr. Troy* for respondents in No. 344.